

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-21-2012

# Wilson v. Superintendent SCI Huntingdon

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1720

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation
"Wilson v. Superintendent SCI Huntingdon" (2012). *2012 Decisions.* Paper 966.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/966

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1720

_____

FRED WILSON, Appellant

v.

SUPERINTENDENT OF SCI HUNTINGDON;
THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA;
THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

(D.C. No. 2-09-cv-04797)
District Judge:  The Honorable John R. Padova

ARGUED April 17, 2012

BEFORE:  SCIRICA, AMBRO, and NYGAARD, *Circuit Judges*

(Opinion Filed May 16, 2012)

_____

ORDER AMENDING OPINION
_____

It is ordered that the opinion in the above case, filed on May 16, 2012, be amended as follows:

On the first page of the caption, delete "[Argued]" after Adrian N. Roe, Esq.

This amendment does not change the date of filing, May 16, 2012.

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated:  21 May 2012